Blood, against J. George Haffa, as Keeper of Erie County Penitentiary. No opinion. Order affirmed.

PEOPLE ex rel. CONSOLIDATED GAS CO. OF NEW YORK v. GAUS, State Comptroller. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Proceeding by the People of the State of New York, on the relation of the Consolidated Gas Company of New York, against Charles H. Gaus, as Comptroller of the State of New York. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. DUNPHY et al., Appellants, v. WIGGINS, Town Sup'r, Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Proceeding by the People of the State of New York, on the relation of John Dunphy and others, against Abram H. Wiggins, as Supervisor of the Town of Canton.

PER CURIAM. Motion denied. See, also, 128 App. Div. 882, 112 N. Y. Supp. 1142.

KELLOGG, J., not voting.

PEOPLE ex rel. HAAG et al., Appellants, v. TOWN OF GATES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Proceeding by the People of the State of New York, on the relation of John Haag and others, against the Town of Gates and another. No opinion. Order affirmed, with costs.

PEOPLE ex rel. LEONARD et al. v. PUBLIC SERVICE COMMISSION, SECOND DIST., et al. (Supreme Court, Appellate Division, Third Department. March 11, 1910.) Proceeding by the People of the State of New York, on the relation of William E. Leonard and others, against the Public Service Commission, Second District, and the Dexter & Northern Railroad. No opinion. Decision reserved until hearing of argument on certiorari.

PEOPLE ex rel. LOUDOUN v. MITCHELL et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Proceeding by the People of the State of New York, on the relation of Wood D. Loudoun, against John P. Mitchell and others, as Commissioners. W. H. Black, for relator. T. Connoly, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO., Appellant, v. GOURLEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against James Gourley, James Monahan, and Maurice Maloney, Assessors of the Village of Haverstraw, Rockland County, N. Y., and Henry F. Dorl, Clerk of said Village. No opinion. Motions denied, without costs. If application is made therefor, leave to appeal to the Court of Appeals will be granted. See, also, 120 N. Y. Supp. 200.

PEOPLE ex rel. STEWART v. HEBBARD. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Proceeding by the People of the State of New York, on the relation of George T. Stewart, against Robert W. Hebbard, as Commissioner, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PEOPLE ex rel. WALSH v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. February 18, 1910.) Proceeding by the People of the State of New York, on the relation of Thos. G. Walsh, against Theodore A. Bingham, as Commissioner. E. P. Kilroe, for relator. T. Connoly, for respondent. No opinion. Writ dismissed and proceedings affirmed, with $50 costs and disbursements. Order filed. See, also, 120 N. Y. Supp. 1142.

PEOPLE ex rel. WESTCHESTER LIGHTING CO. v. GAUS, State Comptroller. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Proceeding by the People of the State of New York, on the relation of the Westchester Lighting Company, against Charles H. Gaus, as Comptroller of the State of New York. No opinion. Determination of the Comptroller unanimously confirmed, with disbursements.

PEOPLE ex rel. WHEELER v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Proceeding by the People of the State of New York on the relation of Everett E. Wheeler, against the City of New York and others.

PER CURIAM. Order affirmed on reargument, without costs, on the opinion of Mr. Justice Blackmar at Special Term. 62 Misc. Rep. 37, 115 N. Y. Supp. 605. See, also, 118 N. Y. Supp. 1135.

WOODWARD, J., dissents.

PEOPLE'S BANK OF NEW YORK, Respondent, v. FULLER'S EXPRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by the People's Bank of New York against Fuller's Express Company. P. E. Jones, for appellant. H. R. Limburg, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PERRY, Appellant, v. ORDWAY, Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Ar-

thur W. Perry against Jane Ordway. No opinion. Judgment unanimously affirmed, with costs.

**PFIZER,** Respondent, v. **NEVILLE,** Appellant. (Supreme Court, Appellate Division, First Department. October, 1909.) Action by Charles Pfizer against Robert Neville.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

**PHELPS,** Respondent, v. **ERIE R. CO.,** Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Othniel Phelps, as administrator, etc., of Mary Jane Phelps, deceased, against the Erie Railroad Company. No opinion. Motion denied. See, also, 134 App. Div. 729, 119 N. Y. Supp. 141.

**PIETKIEWICS,** Appellant, v. **HUDSON COS.,** Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Emily Pietkiewics, as administratrix, against the Hudson Companies. G. H. D. Foster, for appellant. G. Sumner, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

**PIETSCHKER,** Appellant, v. **CITY OF NEW YORK,** Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Frank Pietschker against the City of New York. G. W. Alger, for appellant. L. Leale, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 131 App. Div. 931, 116 N. Y. Supp. 1145.

**PILGER,** Appellant, v. **BELL,** Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by Mae Pilger, by guardian, etc., against Raymond C. Bell. No opinion. Appeal dismissed, with costs, under general rule No. 39.

**POLISH SOCIETY OF PRINCE JOSEPH PONIATOWSKI,** Respondent, v. **CEGLECKI,** Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by the Polish Society of Prince Joseph Poniatowski against Vincent Ceglecki. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re **POTTER.** (Supreme Court, Appellate Division, Second Department. March 4, 1910.) In the matter of the judicial settlement of the account of Mary E. Potter and Katherine M. Wood, as executrices, etc., of Elizabeth Wortman, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs.

**PREUSSE** v. **CHILDWOLD PARK HOTEL CO.** (Supreme Court, Appellate Division,

First Department. February 11, 1910.) Action by Annie D. Preusse against the Childwold Park Hotel Company. No opinion. Motion granted. Order filed. See, also, 134 App. Div. 383, 119 N. Y. Supp. 98.

**PRENTICE,** Respondent, v. **TOWNSEND** et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Vincent R. Prentice against Edward I. Townsend and others. No opinion. Order of the County Court of Rockland County affirmed, with $10 costs and disbursements.

**PRICE** v. **EQUITABLE TRUST CO. OF NEW YORK.** (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by William T. R. Price against the Equitable Trust Company of New York. No opinion. Motion dismissed, without costs. Order filed.

**PRICHARD,** Respondent, v. **SECURITY MUT. LIFE INS. CO.,** Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Benjamin F. Prichard against the Security Mutual Life Insurance Company. No opinion. Appeal dismissed, unless within 20 days appellant file and serve the printed papers on appeal and pay to plaintiff's attorney $10 costs of the motion, and stipulate that the case be ready for argument on the first Wednesday of the May term.

**PRINCE,** Respondent, v. **CENTRAL NEW ENGLAND RY. CO.,** Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Cora A. Prince, as ancillary administratrix, etc., of William O. Prince, deceased, against the Central New England Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re **PRINCIPE.** (Supreme Court, Appellate Division, First Department. March 11, 1910.) In the matter of Pasquale Principe. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re **PRINSTEIN.** (Supreme Court, Appellate Division, First Department. March 31, 1910.) In the matter of Myer Prinstein, an attorney. No opinion. Reference ordered. Settle order on notice.

**PROSSER,** Respondent, v. **KENT,** Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Welcome Prosser against George Edward Kent. No opinion. Judgment and order unanimously affirmed, with costs.

**PRYM,** Respondent, v. **PECK & MACK CO.,** Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.)